1  CHARLES B. PERKINS (SBN 126942)
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, CA  95030
3  Telephone:  (408) 399-4566

4  Attorneys for Plaintiff,
   MICHAEL THOMPSON
5

6  ADRIENNE C. PUBLICOVER (SBN 161432)
   REBECCA LABAT CROSBY (SBN 221241)          **E-filed 7/27/05**
7  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
8  650 California Street, 14th Floor
   San Francisco, California 94108-2718
9  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
10

11 Attorneys for Defendants,
   THE PRUDENTIAL INSURANCE COMPANY
   OF AMERICA and ADAPTEC INC. GROUP
12 LIFE AND HEALTH INSURANCE PLAN

13

14

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 MICHAEL THOMPSON                 )  Case No.: C 04-5349 JF
                                    )
18         Plaintiff,               )  **STIPULATED DISMISSAL AND**
                                    )  **ORDER**
19    v.                            )
                                    )
20 THE PRUDENTIAL INSURANCE         )
   COMPANY OF AMERICA, and ADAPTEC  )
21 INC. GROUP LIFE AND HEALTH       )
   INSURANCE PLAN                   )
22                                  )
           Defendants.              )
23 _____   )

24      It is hereby stipulated by and between the parties to this action, Plaintiff MICHAEL

25 THOMPSON ("Plaintiff") and Defendants THE PRUDENTIAL INSURANCE COMPANY OF

26 AMERICA and ADAPTEC INC. GROUP LIFE AND HEALTH INSURANCE PLAN

27 ("Defendants") by and through their respective counsel of record, that the above-captioned action

28 be, and hereby is, dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule

                                        1
163675.1

1   41.

2        Each party shall bear its own costs and attorneys' fees in this action.

3        Pursuant to local rules, this document is being electronically filed through the Court's ECF

4   System.  In this regard, counsel for Plaintiff and Defendants hereby attest that (1) the content of this

5   document is acceptable to all persons required to sign the document; (2) counsel for Plaintiff and

6   Defendants have signed this document; and (3) the signed document is available for inspection

7   upon request.

8

9   **SO STIPULATED AND AGREED:**

10  Dated:  July 22, 2005

11                          FLYNN, ROSE & PERKINS

12
                            By: _____/s/____Charles B. Perkins_____
13                              CHARLES B. PERKINS, ESQ.
                                Attorney for Plaintiff
14  Dated: July 22, 2005

15                          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

16

17
                            By: _____/s/____Rebecca Labat Crosby_____
18                              ADRIENNE C. PUBLICOVER
                                REBECCA LABAT CROSBY
19                              Attorneys for Defendants
                                THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
20                              INC. AND ADAPTEC INC. GROUP LIFE AND HEALTH
                                INSURANCE PLAN
21

22

23

24

25

26

27

28

                                    2

1

**ORDER**

2

**IT IS SO ORDERED:**

3

4

DATED: ___7/27___, 2005

/s/electronic signature authorized

5

6

**Hon. Jeremy Fogel**
United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED DISMISSAL AND [PROPOSED] ORDER

163675.1